Nathan Brown
BROWN PATENT LAW
15100 N 78th Way Suite 203
Scottsdale, AZ 85260
Phone: 602-529-3474
Email: Nathan.Brown@BrownPatentLaw.com

ROBERT AHDOOT*
*rahdoot@ahdootwolfson.com*
BRADLEY K. KING*
*bking@ahdootwolfson.com*
AHDOOT & WOLFSON, PC
10728 LINDBROOK DRIVE
LOS ANGELES, CALIFORNIA 90024
Telephone: (310) 474-9111

AVI R. KAUFMAN*
*kaufman@kaufmanpa.com*
KAUFMAN, P.A.
400 NW 26th Street
Miami, FL 33127
Telephone: (305) 469-5881

*Attorneys for Plaintiff and the Putative Class*

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| Kizzy Williams, individually and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>Neuvoo USA Inc., a Delaware corporation,<br><br>*Defendant.* | Case no. 2:20-cv-00378-DWL |

1

Notice of Dismissal

Plaintiff Kizzy Williams hereby gives notice of the dismissal of this action without prejudice, with each party to bear its own attorneys' fees and costs.

                                        Respectfully Submitted,

                                        **KIZZY WILLIAMS,** individually and on behalf of those similarly situated individuals

Dated: April 24, 2020                */s/ Nathan Brown*
                                              Nathan Brown
                                              Telephone: (602) 529-3474
                                              Nathan.Brown@BrownPatentLaw.com
                                              *Local Counsel for Plaintiff and the putative Class*

                                        Avi R. Kaufman
                                        *kaufman@kaufmanpa.com*
                                        KAUFMAN P.A.
                                        400 NW 26th Street
                                        Miami, FL 33127
                                        Telephone: (305) 469-5881

                                        Robert Ahdoot
                                        *rahdoot@ahdootwolfson.com*
                                        Bradley K. King*
                                        *bking@ahdootwolfson.com*
                                        AHDOOT & WOLFSON, PC
                                        10728 Lindbrook Drive
                                        Los Angeles, CA 90024
                                        Telephone: (310) 474-9111

                                        *Attorneys for Plaintiff and the putative Class*